Matter of Mark E. D. (2024 NY Slip Op 03479)

Matter of Mark E. D. (

2024 NY Slip Op 03479

Decided on June 26, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LINDA CHRISTOPHER
LARA J. GENOVESI
BARRY E. WARHIT, JJ.

2023-05663
 (Docket No. D-8864-22)

[*1]In the Matter of Mark E. D. (Anonymous), appellant. Gary E. Eisenberg, New City, NY, for appellant.

John M. Nonna, County Attorney, White Plains, NY (Justin R. Adin of counsel), for respondent.

DECISION & ORDER
In a juvenile delinquency proceeding pursuant to Family Court Act article 3, Mark E. D. appeals from an order of fact-finding and disposition of the Family Court, Westchester County (Mary Anne Scattaretico-Naber, J.), dated May 25, 2023. The order of fact-finding and disposition, insofar as appealed from, made upon the admission of Mark E. D., finding that he committed an act which, if committed by an adult, would have constituted the crime of criminal obstruction of breathing or blood circulation, and after a dispositional hearing, adjudicated him a juvenile delinquent and placed him in the custody of the New York State Office of Children and Family Services for placement in a limited secure facility for a period of one year, less time spent in detention pending disposition.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The only issue raised by the appellant concerns that portion of the order of fact-finding and disposition which placed him in the custody of the New York State Office of Children and Family Services for placement in a limited secure facility for a period of one year, less time spent in detention pending disposition. Since the placement has expired, the appeal must be dismissed as academic (see Matter of Oscar R.M., 213 AD3d 855, 855; Matter of Zawyer C., 95 AD3d 1009).
CONNOLLY, J.P., CHRISTOPHER, GENOVESI and WARHIT, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court